UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TERRENCE MONTREL TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22-CV-096-KAC-DCP ) |
| JOHN CUNNINGHAM, | ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed herewith:

1. The Court **GRANTS** Plaintiff's motion for extension of time to submit his trust fund account form [Doc. 4] and motion for leave to proceed *in forma pauperis* [Doc. 6];

2. Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth in the accompanying Memorandum Opinion;

4. The Clerk is **DIRECTED** to provide a copy of this Memorandum Opinion to the custodian of inmate accounts at the institution where Plaintiff is now confined and the Court's financial deputy;

5. The Court **GRANTS** Plaintiff's motions to transfer venue [Docs. 7, 8]; and

6. The Court **DIRECTS** the Clerk to transfer this action to the Nashville Division of the Middle District of Tennessee and close this Court's file.

**SO ORDERED.**

**ENTER:**    s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT

   s/ LeAnna R. Wilson
   CLERK OF COURT